**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACEY ORTEGA,<br><br>      Plaintiff(s),<br>v.<br><br>GRIGGS & ASSOCIATES LLC., ET AL.,<br><br>      Defendant(s). | NO. 5:11-cv-02235 EJD<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>[Docket Item No. 11] |

Having considered this matter and good cause appearing, Plaintiff's request to continue the Case Management Conference currently schedule for August 26, 2011, is GRANTED.

The Conference is continued to October 21, 2011, at 10:00 a.m. in Courtroom 1, 5th Floor. The parties shall file a joint Case Management Statement on or before October 14, 2011. Plaintiff shall give notice of the Conference to all subsequently-appearing Defendants, and shall provide a proposed order for any and all additional administrative requests.

**IT IS SO ORDERED.**

Dated: August 22, 2011

                                              EDWARD J. DAVILA
                                              United States District Judge

1

NO. 5:11-cv-02235 EJD
ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE (EJDLC1)

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David James McGlothlin david@westcoastlitigation.com
   Joshua B. Swigart josh@westcoastlitigation.com

4  **Dated: August 22, 2011**                           **Richard W. Wieking, Clerk**

                                                        **By:    /s/ EJD Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

NO. 5:11-cv-02235 EJD
ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE (EJDLC1)