**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACEY ORTEGA, | CASE NO. 5:11-cv-02235 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GRIGGS & ASSOCIATES L.L.C., et. al., | |
| Defendant(s). | |

In light of Plaintiff's request for entry of default against all Defendants (see Docket Item No. 15), the court has determined that a Case Management Conference is unnecessary at this time.

Accordingly, the Case Management Conference in this action scheduled for October 21, 2011, is **VACATED**. The court instead sets a Status Conference for **January 13, 2012, at 10:00 a.m.** Plaintiff shall file a statement updating the court on the status of the case, including all efforts made to resolve this action through the default process, on or before **January 6, 2012**, unless the Status Conference is vacated prior to that date.

**IT IS SO ORDERED.**

Dated: October 18, 2011

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-02235 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE