IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACEY ORTEGA, | CASE NO. 5:11-cv-02235 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE; DENYING AS MOOT MOTION TO APPEAR BY TELEPHONE** |
| v. | |
| GRIGGS & ASSOCIATES LLC., et. al., | |
| Defendant(s). | [Docket Item No. 23] |

Having reviewed Plaintiff's Status Report (see Docket Item No. 22), the court finds a status conference is unnecessary at this time. Accordingly, the hearing scheduled for January 13, 2012, is VACATED, and Plaintiff ordered to comply with the following schedule:

Deadline for Filing Plaintiff's Motion for Default Judgment:       **February 3, 2012**

Hearing on Plaintiff's Motion for Default Judgment:       **10:00 a.m. on April 6, 2012**

The request of Plaintiff's counsel to appear by telephone (Docket Item No. 23) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: January 10, 2012

EDWARD J. DAVILA
United States District Judge